RECEIVED
JAN 24 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEMARCUS W. LAW, | CIVIL ACTION NO. 1:17-CV-1068-P |
| VERSUS | JUDGE DEE D. DRELL |
| DARRELL VANNOY | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Law's habeas petition is **DENIED and DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 23RD day of January, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE